L. ROBERT MURRAY
Acting United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Nick.vassallo@usdoj.gov

BRYAN M. BOYNTON
Acting Assistant Attorney General
LESLEY FARBY
Assistant Branch Director
EMILY SUE NEWTON (Va. Bar No. 80745)
Senior Trial Counsel
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **LEISL M. CARPENTER**, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 21-cv-103-F |
| ) | |
| **THOMAS J. VILSACK**, in his official ) | |
| capacity as Secretary of Agriculture, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO STAY PROCEEDINGS PENDING RESOLUTION OF RELATED CLASS ACTION

For the reasons stated in the attached memorandum, Defendants Thomas J. Vilsack, in his official capacity as Secretary of Agriculture, and Zach Ducheneaux, in his official capacity as Administrator of the Farm Service Agency (collectively, USDA or Defendants), move to stay this case until final resolution related litigation that has been certified as a class action under Federal Rule of Civil Procedure 23(b)(2). Counsel for Defendants have conferred with counsel for Plaintiff, and Plaintiff opposes this request.

Dated: July 19, 2021

Respectfully submitted,

L. ROBERT MURRAY
Acting United States Attorney

*/s/ Nicholas Vassallo*
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Nick.vassallo@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Kyla M. Snow*
EMILY SUE NEWTON (VA Bar No. 80745)
Senior Trial Counsel
MICHAEL F. KNAPP
KYLA M. SNOW (Ohio Bar No. 96662)
GARY D. FELDON
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Attorneys for Defendants*