L. ROBERT MURRAY
United States Attorney
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Nick.vassallo@usdoj.gov

BRYAN M. BOYNTON
Principal Deputy Assistant Attorney General
LESLEY FARBY
Assistant Branch Director
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **LEISL M. CARPENTER**, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 21-cv-103-F |
| **THOMAS J. VILSACK**, in his official capacity as Secretary of Agriculture, et al., | ) |
| Defendants. | ) |

### DEFENDANTS' STATUS REPORT

In accordance with the Court's August 16, 2021, Order, ECF No. 33, Defendants respectfully submit this status report.

1. In this action, Plaintiff Leisl Carpenter challenges Section 1005 of the American Rescue Plan Act of 2021. Because Plaintiff is a member of the classes certified by the District Court for the Northern District of Texas in *Miller v. Vilsack*, 4:21-cv-595 (N.D. Tex.), that similarly challenge the same statutory provision, Defendants moved for, and the Court granted, a stay of this action pending the outcome of the *Miller* litigation. *See* ECF No. 33 (Aug. 16, 2021).

2. The *Miller* class litigation remains ongoing. On September 22, 2021, the *Miller* court issued a scheduling order pursuant to which the parties will file cross-motions for summary judgment by March 11, 2022, and complete briefing on those motions by April 1, 2022.

3. On October 13, 2021, the *Miller* court denied a motion by plaintiffs in several other cases[1] to opt out of the certified classes, concluding that the classes, certified under Rule 23(b)(2), are mandatory classes that afford members no opportunity to opt out. ECF No. 100, *Miller*.

4. Because the *Miller* case is still pending, and Plaintiff remains a member of the classes certified in that case, the presumption against duplicative litigation and the interests of judicial efficiency weigh in favor of continuing the stay.

Dated: February 16, 2022

Respectfully submitted,

L. ROBERT MURRAY
United States Attorney

*/s/ Nicholas Vassallo*
NICHOLAS VASSALLO (WY Bar #5-2443)
Assistant United States Attorney
P.O. Box 668
Cheyenne, WY 82003-0668
Telephone: 307-772-2124
Nick.vassallo@usdoj.gov

---

[1] Ms. Carpenter did not join the motion to opt out.

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

LESLEY FARBY
Assistant Branch Director
Civil Division, Federal Programs Branch

/s/ Kyla M. Snow
KYLA M. SNOW (Ohio Bar No. 96662)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, D.C. 20005
Tel: (202) 514-3259 / Fax: (202) 616-8460
Kyla.snow@usdoj.gov

*Counsel for Defendants*