Timothy M. Stubson (Bar No. 6-3144)
CROWLEY FLECK, PLLP
111 W. 2nd Street, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com

William E. Trachman (*pro hac vice*)
MOUNTAIN STATES LEGAL FOUNDATION
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org

Kimberly S. Hermann (*pro hac vice*)
Braden Boucek (*pro hac vice*)
SOUTHEASTERN LEGAL FOUNDATION
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
khermann@southeasternlegal.org
bboucek@southeasternlegal.org

*Attorneys for Plaintiff Leisl M. Carpenter*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| LEISL M. CARPENTER,<br><br>   *Plaintiff*,<br><br>           v.<br><br>THOMAS J. VILSACK, in his official capacity as Secretary of the United States Department of Agriculture, and<br><br>ZACH DUCHENEAUX, in his official capacity as Administrator of the Farm Service Agency,<br><br>   *Defendants*. | Case No. 0:21-cv-00103-NDF<br><br>**NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3 and 4, notice is hereby given that Plaintiff Leisl M. Carpenter appeals to the U.S. Court of Appeals for the Tenth Circuit from this Court's Order, granting Defendants' Motion to Lift Stay and Dismiss as Moot (ECF No. 37), dated and entered October 7, 2022 (ECF No. 41). Plaintiff Carpenter also hereby appeals all prior orders and decisions that merge into that Order.

Dated: November 28, 2022.

Respectfully submitted,

*/s/ William E. Trachman*
William E. Trachman*
CO Bar No. 45684
Mountain States Legal Foundation
2596 S. Lewis Way
Lakewood, Colorado 80227
Telephone: (303) 292-2021
Facsimile: (303) 292-1980
wtrachman@mslegal.org

*/s/ B.H. Boucek*
BRADEN H. BOUCEK
TN BPR No. 021399
KIMBERLY HERMANN
Southeastern Legal Foundation
560 W. Crossville Road, Suite 104
Roswell, GA  30075
Telephone: (770) 977-2131
bboucek@southeasternlegal.org

*Appearing Pro Hac Vice

Timothy M. Stubson (Bar No. 6-3144)
Crowley Fleck, PLLP
111 W. 2nd Street, Suite 220
Casper, WY 82601
(307) 265-2279
tstubson@crowleyfleck.com

*Counsel for Plaintiff Leisl M. Carpenter*

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2022, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the Court's CM/ECF system which sent notification of such filing to all counsel of record of this matter.

*/s/ William E. Trachman*
William E. Trachman
